```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A99-0079--CV (JKS)
           "W.A. BOTTING CO V INTERNATIONAL TEST & BALANC"

       Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 03/08/99
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (2) Citizen of Another State
   DEF Diversity: (2) Citizen of Another State

  Nature of Suit: (190) Other contract actions

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $150.00 on 03/08/99 receipt # 00107879
        Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1            W.A. BOTTING CO/POOLE & KENT CO       Raymond H. Royce III
                                                         Royce & Brain
                                                         1407 W. 31st Avenue, 7th Floor
                                                         Anchorage, AK 99503-3678
                                                         907-258-6792
                                                         FAX 907-276-2919

DEF 1.1            INTERNATIONAL TEST & BALANCE          David M. Freeman
                                                         Holmes Weddle & Barcott
                                                         701 W. 8th Avenue, Suite 700
                                                         Anchorage, AK 99503
                                                         907-274-0666
                                                         FAX 907-277-4657

                                                         Kevin L. Kolton
                                                         Schiff Hardin et al
                                                         6600 Sears Tower
                                                         Chicago, IL 60606-6473

                                                         Kenneth M. Roberts
                                                         Schiff Hardin et al
                                                         6600 Sears Tower
                                                         Chicago, IL 60606-6473

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A99-0079--CV (JKS)
                  "W.A. BOTTING CO V INTERNATIONAL TEST & BALANC"

                                 For all filing dates


 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 03/08/99
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (190) Other contract actions

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 03/08/99 receipt # 00107879
         Trial by:


Document #    Filed     Docket text

NOTE -  1   03/08/99   Issued: summons to DEF.

   1 -  1   03/08/99   PLF 1 motion (petition) to partially stay arbiration and bifurcaiton of
                       defendant's cause of action in arbitration.

   2 -  1   03/08/99   PLF 1 motion and memorandum to partially stay arbitration and bifurcate
                       defendant's claims in arbitration w/att aff M. Maltby & exhs.

   3 -  1   03/11/99   PLF 1 Errata adding exhs re: PLF 1 motion (petition) to partially stay
                       arbiration and bifurcaiton of defendant's cause of action in
                       arbitration. (1-1)

   4 -  1   03/26/99   DEF 1 Application re: non-resident attorney Richard P. Reichstein to
                       participate w/o lcl cnsl.

   5 -  1   03/26/99   DEF 1 motion for change of venue to Northern District of Illinois.

   6 -  1   03/31/99   JKS Order re: the application at dkt 4 is denied w/out prejudice to its
                       renewal accompanied by certificates of good standing from the state &
                       federal courts in which the cnsl practices. cc:cnsl, R. Reichstein

   7 -  1   04/07/99   JKS Order denying motion and memorandum to partially stay arbitration
                       and bifurcate defendant's (2-1); terminating in light of this order:
                       motion (petition) to partially stay arbiration and bifurcaiton of
                       defendant's (1-1).  Plf to file oppo to def's mot for change of venue by
                       4/26/99. cc:cnsl

   8 -  1   04/08/99   DEF 1 Certificate of service re: DEF 1 motion for change of venue to
                       Northern District of Illinois (5-1) .

   9 -  1   04/08/99   PLF 1 Certificate of service re: non-res atty application.

  10 -  1   04/14/99   PLF 1 opposition to DEF 1 motion for change of venue to Northern
                       District of Illinois. (5-1) w/atch afdvt & exhibits.

  11 -  1   05/03/99   DEF 1 reply to opposition to DEF 1 motion for change of venue to
                       Northern District of Illinois w/att exh (5-1) .
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A99-0079--CV (JKS)
"W.A. BOTTING CO V INTERNATIONAL TEST & BALANC"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 12 | - 1 | 05/05/99 | PLF 1 Request for Oral Argument re: DEF 1 motion for change of venue to Northern District of Illinois (5-1) . |
| 13 | - 1 | 05/11/99 | JKS Order denying motion for change of venue to Northern District of Illinois (5-1); reactivating motion and memorandum to partially stay arbitration and bifurcate defendant's (2-1); def to file response to plf mot to partially stay and bifurcate def's claims by 6/14/99; reply may be fld in conformity w/D.Ak.LR 7.1(e). cc: cnsl |
| 14 | - 1 | 06/14/99 | DEF 1 opposition to PLF 1 motion and memorandum to partially stay arbitration and bifurcate defendant's claims in arbitration w/att aff M. Maltby & exhs (2-1). |
| 15 | - 1 | 06/21/99 | PLF 1 reply to opposition to PLF 1 motion and memorandum to partially stay arbitration and bifurcate defendant's claims in arbitration (2-1) . |
| 16 | - 1 | 06/28/99 | JKS Order re: Clerk is directed to strike dkt 14 w/out prejudice. Richard P. Reinchstein shall comply with the order at dkt 6 by COB 7/28/99.  If he fails to do so & if the def fails to sub cnsl prepared to comply with this courts rules fo r sdmission to practice, the court will treat plf's mot at dkt 2 as ripe & unopposed & proceed to decide it.  cc:cnsl, R.P. Reichstein |
| 17 | - 1 | 07/28/99 | DEF 1 Application re: non-resident attorney R. Reichstein w/lcl cnsl K. Norsworthy [WADE] w/att exhs. |
| 18 | - 1 | 07/28/99 | DEF 1 Attorney Appearance of K. Norsworthy [WADE]. |
| 19 | - 1 | 08/03/99 | DEF 1 Notice of filing of def's mot [application] for admissions pro hac vice w/att aff & exhs. |
| 17 | - 2 | 08/06/99 | JKS Order granting mot/appl of non-resident atty, R. Reichstein, to appear and participate. cc: cnsl, R. Reichstein |
| 20 | - 1 | 10/01/99 | JKS Minute Order re: def's opposition to plf's mot to partially stay arbitration & bifurcate def's claims in arbitration at dkt 14 is reinstated.<br>cc: cnsl |
| 21 | - 1 | 10/13/99 | Stipulation all matters shall be stayed for 30 days. |
| 21 | - 2 | 10/18/99 | JKS Order granting stipulation for 30 day stay.  cc: cnsl |
| 22 | - 1 | 10/26/99 | DEF 1 Agreed Motion for R. Reichstein to w/draw as cnsl. |
| 22 | - 2 | 11/01/99 | JKS Order granting agreed motion to withdraw as counsel at dkt 22-1. cc: cnsl |
| 23 | - 1 | 11/12/99 | DEF 1 Application re: non-resident attorney re: Kevin L. Kolton w/lcl cnsl K. Norsworthy w/att exhs. |
| 24 | - 1 | 11/12/99 | DEF 1 Application re: non-resident attorney re: Kenneth M. Roberts w/lcl cnsl K. Norsworthy w/att exhs. |
| 25 | - 1 | 11/12/99 | DEF 1 Affidavit or service re: application of non-res atty K. Roberts & K. Kolton. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A99-0079--CV (JKS)
"W.A. BOTTING CO V INTERNATIONAL TEST & BALANC"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 23 - 2 | 11/19/99 | JKS Order granting appl of K. Kolton to appear and participate. cc: cnsl, K. Kolton |
| 24 - 2 | 11/19/99 | JKS Order granting appl of K. Roberts to appear and participate. cc: cnsl, K. Roberts |
| 26 - 1 | 12/14/99 | JKS Order re: parties to file status report by 12/22/99, how they wish to proceed with the mot at dkt 2. cc: cnsl |
| 27 - 1 | 12/22/99 | PLF 1; DEF 1 Status Report. |
| 27 - 2 | 12/22/99 | PLF 1; DEF 1 Stipulation for 60 day stay. |
| 27 - 3 | 12/28/99 | JKS Order granting additional stay of 60 days; status report due from parties by 2/21/00. cc: cnsl |
| 28 - 1 | 02/15/00 | PLF 1; DEF 1 Status Report. |
| 28 - 2 | 02/15/00 | PLF 1; DEF 1 Stipulation for extension of time of 60 days. |
| 28 - 3 | 02/17/00 | JKS Order granting stip. cc: cnsl |
| 29 - 1 | 04/18/00 | PLF 1; DEF 1 Status Report. |
| 29 - 2 | 04/18/00 | PLF 1; DEF 1 Stipulation that further status report be filed 6/19/00. |
| 29 - 3 | 04/21/00 | JKS Order granting stipulation & order for stay until 6/19/00. Status report due 6/19/00. cc: cnsl |
| 30 - 1 | 04/25/00 | JKS Order denying motion and memorandum to partially stay arbitration and bifurcate defendant's (2-1). cc: cnsl |
| 31 - 1 | 06/21/00 | PLF 1; DEF 1 Status Report. |
| 31 - 2 | 06/21/00 | PLF 1; DEF 1 Stipulation for extension of time until 9/19/00 to file status report. |
| 31 - 3 | 06/23/00 | JKS Order approving stat report and granting motion to stay until 9/19/00. parties to file stat rpt by 9/19/00. cc: cnsl |
| 32 - 1 | 09/19/00 | PLF 1; DEF 1 Status Report. |
| 32 - 2 | 09/19/00 | PLF 1; DEF 1 Stipulation for stay until 12/18/00; parties to file report no later than 12/18/00. |
| 32 - 3 | 09/26/00 | JKS Order granting stipulation for stay until 12/18/00. Plf to file a status report by 12/18/00 re: resolving disputes. cc: cnsl |
| 33 - 1 | 10/31/00 | DEF 1 Notice of change of name of law firm from Wade & DeYoung to De Young, freeman & Watts. |
| 34 - 1 | 12/18/00 | PLF 1; DEF 1 Status Report. |
| 34 - 2 | 12/18/00 | PLF 1; DEF 1 Stipulation & order of stay. |
| 34 - 3 | 12/22/00 | JKS Order approving the stipulation at dkt 34. Plf counsel to file a report by 3/19/01. cc: cnsl |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A99-0079--CV (JKS)
                     "W.A. BOTTING CO V INTERNATIONAL TEST & BALANC"

                                  For all filing dates


 Document #    Filed      Docket text

    35 -  1   03/19/01   PLF 1; DEF 1 Report re: status, stipulation & order for stay.

    35 -  2   03/20/01   JKS Order for stay & approving report at dkt 35-1.  Plf to file status
                         report re: resolution by 6/18/01.   cc: cnsl

    36 -  1   06/18/01   PLF 1 Status Report.

    36 -  2   06/18/01   PLF 1; DEF 1 Stipulation for stay.

    36 -  3   06/20/01   JKS Order approving stip; stat rpt due 8/17/01 re: settl. cc: cnsl

    37 -  1   08/20/01   PLF 1 Report re: status.

    37 -  2   08/20/01   PLF 1 Stipulation for stay & plf to file a status report no later than
                         10/17/01.

    37 -  3   08/27/01   JKS Order granting stipulation for stay (37-2). Parties to file a status
                         report by 10/17/01.   cc: cnsl

    38 -  1   10/18/01   PLF 1 Report re: case status.

    38 -  2   10/18/01   PLF 1 Stipulation for stay until 1/17/02.

    38 -  3   10/25/01   JWS Order approving stip for stay until 1/17/02 (38-2). cc: cnsl

    39 -  1   10/31/01   DEF 1 Notice of change of name of atty firm from DeYoung Freeman & Watts
                         to Freeman & Watts.

    40 -  1   01/17/02   PLF 1; DEF 1 Status Report.

    40 -  2   01/17/02   PLF 1; DEF 1 Stipulation for extension of time until June 17, 2002 to
                         status report.

    40 -  3   01/22/02   JKS Order granting stipulation for extension of time until June 17, 2002
                         to status report (40-2).   cc: cnsl

    41 -  1   06/05/02   DEF 1 Address Change Notice.

    42 -  1   06/17/02   PLF 1; DEF 1 Report re: status report.

    42 -  2   06/17/02   PLF 1; DEF 1 Stipulation for stay until 12/16/02.

    43 -  1   06/20/02   JKS Minute Order denying stip for stay until 12/16/02 (42-2); cnsl to
                         file stat rpt by 07/19/02; if case not resolved, trial to be set no
                         later than 09/02/02.   cc: cnsl

    44 -  1   07/19/02   PLF 1; DEF 1 Joint status report.

    44 -  2   07/22/02   PLF 1; DEF 1 Stip for stay until final decision in the federal claims
                         case and to file stat rpt every six mos with next stat rpt due 01/18/03.

    44 -  3   07/22/02   JKS Order granting stip for stay until final decision in the federal
                         claims case and to file stat rpts every six mos with next one due
                         01/18/03 (44-2).

    45 -  1   01/21/03   PLF 1; DEF 1 Status report and stipulation for stay until 06/18/03.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A99-0079--CV (JKS)
                     "W.A. BOTTING CO V INTERNATIONAL TEST & BALANC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 2 | 01/22/03 | JKS Order granting stip for stay until 06/18/03 (45-1); stat rpt due 06/18/03. cc: cnsl |
| 46 - 1 | 06/18/03 | PLF 1; DEF 1 Stipulation to continue stay and joint status report. |
| 47 - 1 | 06/25/03 | DEF 1 motion for substitution of counsel of David Freeman for Kenneth Norsworthy. |
| 48 - 1 | 06/25/03 | DEF 1 Attorney Appearance of David M. Freeman of Freeman & Watts. |
| 46 - 2 | 06/30/03 | JKS Order granting stipulation to continue stay and status report due no later than 12/18/03 (46-1). cc: cnsl |
| 47 - 2 | 06/30/03 | JKS Order granting motion for substitution of counsel of David Freeman as counsel for def in place of Kenneth Norsworthy (47-1). cc: cnsl |
| 49 - 1 | 11/12/03 | DEF 1 Attorney Substitution of of D. Freeman (HOLMES) for D. Freeman of Freeman & Watts. cc: cnsl |
| 50 - 1 | 12/18/03 | Status report and stipulation for continued stay of proceedings until 6/15/03. |
| 50 - 2 | 12/23/03 | JKS Order granting stip stat rpt and stip for cont stay of proceedings (50-1); updated stat rpt due 06/15/04. cc: cnsl |
| 51 - 1 | 06/15/04 | PLF 1; DEF 1 Status report w/att exhs. |
| 51 - 2 | 06/15/04 | PLF 1; DEF 1 stipulation to stay proceedings w/att exhs. |
| 51 - 3 | 06/17/04 | JKS Order approving stip to stay proceedings (51-2); updated stat rpt due 11/15/04. cc: cnsl |
| 52 - 1 | 12/10/04 | JKS Minute Order that a joint updated stat rpt due by 12/20/03. cc: cnsl |
| 53 - 1 | 12/14/04 | PLF 1; DEF 1 Status Report. |
| 53 - 2 | 12/14/04 | PLF 1; DEF 1 Stipulation to stay proceedings. |
| 53 - 3 | 12/16/04 | JKS Order granting stipulation to stay proceedings (53-2). The stay is continued and an updated stat report is due by 7/25/05. cc: cnsl |
| 54 - 1 | 07/25/05 | PLF 1; DEF 1 Joint Status Report. |
| 54 - 2 | 07/25/05 | PLF 1; DEF 1 Stipulation to continue stay of proceedings. |
| 54 - 3 | 07/28/05 | JKS Order granting stipulation to continue stay of proceedings (54-2); further status report due 1/6/06. cc: cnsl |