Raymond H. Royce, ABA #8206060
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK 99503
Telephone: (907) 258-6792

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/ THE POOLE & KENT COMPANY, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br><br>　　　　　　Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A99-79 CV [JKS] |

**PLAINTIFF'S STATUS REPORT**

COMES NOW plaintiff, by and through their undersigned counsel and hereby provide the next scheduled Status Report with regard to the above-referenced matter pursuant to this court's prior order.

The undersigned has conferred with John H. Guin of Winston & Cashatt, the attorney handling the negotiations with the government.  Mr Guin has informed me that the government

has settled the underlying claims with plaintiff. However, there continue to be disputes between plaintiff and defendant with regard to division of the settlement funds and other legal issues.

It is plaintiff's view that since the parties have been unable to resolve the remaining matters between themselves, that the stay should be lifted and a scheduling conference held in order that the parties can more accurately define the issues and move this matter toward a judicial resolution. Therefore, it would be plaintiff's request that the stay be lifted and a scheduling conference held in order to determine the most appropriate manner to proceed.

Respectfully submitted this ___ day of January, 2006, at Anchorage, Alaska.

LAW OFFICES OF ROYCE & BRAIN
Attorneys for Plaintiff W.A. Botting Co./The Poole & Kent Co.


 /s/ Raymond H. Royce
Raymond H. Royce, Esq.
Alaska Bar Association #8206060

*Plaintiff's Status Report*
W.A. Botting Company/The Poole & Kent Company v. International Test & Balance, Inc.
Case No. A99-079 CV (JKS)
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on 1/6/06 a true and correct copy of the foregoing document was served via U.S. Mail on:

David M. Freeman, Esq.
Holmes Weddle & Barcott
701 W. Eighth Avenue, Suite 700
Anchorage, AK 99501

Kenneth M. Roberts
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473


By:_____
    I-Hsin Song