David M. Freeman, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: dfreeman@hwb-law.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/ THE POOLE & KENT COMPANY, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.<br><br>    Defendant. | Case No. 3:99-cv-79-JKS<br><br>**JOINT STATUS REPORT, STIPULATION TO CONTINUE STAY OF PROCEEDINGS AND REQUEST TO CANCEL STATUS CONFERENCE** |

COME NOW plaintiff and defendant, by and through their counsel of record, and hereby (a) provide the court with a status report, (b) jointly request that the stay of these proceedings be continued, and (c) request the court cancel the status conference scheduled for March 9, 2006 at 2:30 p.m. before the honorable James K. Singleton.

Since the filing of plaintiff's status report on January 6, 2006, the parties have conferred and agreed and hereby stipulate to continue the stay of this matter pending

arbitration and/or mediation of the disputes that remain between them with regard to division of settlement funds and other legal issues. Based upon the foregoing stipulation, the parties hereby request the court enter an order continuing the stay of these proceedings with joint status reports to be filed with the court every ninety (90) days.

In light of the foregoing, the parties hereby further stipulate and agree that the status conference presently scheduled in this matter for March 9, 2006, at 2:30 p.m. before Judge James K. Singleton is no longer necessary. Therefore, the parties hereby jointly request an order canceling the March 9 status conference.

A proposed order accompanies this joint status report and stipulation.

DATED this 8th day of March, 2006, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Attorneys for Defendant
>
>
> By:    s/David M Freeman
> 701 W. Eighth Avenue, Suite 700
> Anchorage, Alaska 99501-3408
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Email: dfreeman@hwb-law.com
> Alaska Bar No. 7808066

LAW OFFICES OF ROYCE & BRAIN
Attorneys for Plaintiff W.A. Botting Co./
 The Poole & Kent Co.


By:   s/Raymond H. Royce (consent)
1407 West 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Phone: (907) 258-6792
Fax: (907) 276-2919
Email: rroyce@roycebrain.com
Alaska Bar No. 8206060

**CERTIFICATE OF SERVICE**
I hereby certify that on March 8, 2006 a copy of the foregoing was served electronically on:

>  Raymond A. Royce
>  Royce & Brain
>  1407 E. 31st Avenue, Suite 700
>  Anchorage, AK  99503
>  Email: rroyce@roycebrain.com

and by U.S. mail on:

>  Kevin L. Kolton
>  Schiff Hardin & Waite
>  6600 Sears Tower
>  Chicago, IL  60606-6473
>
>  Kenneth M. Roberts
>  Schiff Hardin & Waite
>  6600 Sears Tower
>  Chicago, IL  60606-6473

s/David M. Freeman

Joint Status Report, Stipulation To Continue Stay Of
Proceedings And Request To Cancel Status Conference
Page 3 of 3

W.A. Botting Co./Poole & Kent Co. v.
*International Test & Balance*
Case No. 3:99-cv-79-JKS