David M. Freeman, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657
Email: dfreeman@hwb-law.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/ THE POOLE & KENT COMPANY, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.<br><br>     Defendant. | Case No. 3:99-cv-79-JKS<br><br>**PROPOSED ORDER CONTINUING STAY OF PROCEEDINGS AND CANCELING STATUS CONFERENCE** |

This matter having come before the court upon the parties' joint status report, stipulation to continue stay of proceedings and request to cancel status conference dated March 8, 2006;

IT IS HEREBY ORDERED that the stay of these proceedings shall be continued, the parties shall file joint status reports with the court within 90 days of the

date of this order and every 90 days thereafter, and the status conference scheduled for

March 9, 2006 at 2:30 p.m. is hereby canceled.

DATED this ____ day of March, 2006, at Anchorage, Alaska.

> James K. Singleton
> United States District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on March 8, 2006 a copy of the foregoing was served electronically on:

> Raymond A. Royce
> Royce & Brain
> 1407 E. 31st Avenue, Suite 700
> Anchorage, AK  99503
> Email: rroyce@roycebrain.com

and by U.S. mail on:

> Kevin L. Kolton
> Schiff Hardin & Waite
> 6600 Sears Tower
> Chicago, IL  60606-6473

> Kenneth M. Roberts
> Schiff Hardin & Waite
> 6600 Sears Tower
> Chicago, IL  60606-6473

s/David M. Freeman