Raymond H. Royce, ABA #8206060
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK 99503
Telephone: (907) 258-6792

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/ THE POOLE & KENT COMPANY, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>              Plaintiff,<br><br>  vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br><br>             Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A99-79 CV [JKS] |

ORDER

On March 9, 2006, a Status Conference was held. Based upon the representations made by counsel at that Status Conference, I am hereby entering the following Order:

1. The Parties have represented that a dispute resolution provision of their Claims Prosecution Agreement provides for mediation and if that fails for arbitration.

2. The Parties have agreed to conduct and are hereby Ordered to conduct a mediation that will occur before May 31, 2006.

3. The Parties will file a Status Report on June 1, 2006, apprising the Court of the results of the mediation. If the matter has been resolved by mediation the Parties will notify the Court that they will be filing the appropriate settlement papers within ten (10) days of the Status Report. If the Parties did not resolve the matter through mediation the Status Report shall inform the Court of that fact and the proposed arbitration procedure and schedule to conclude this matter as quickly as possible.

4. Based upon this I will continue the Stay in this matter until I receive the Status Report on June 1, 2006. I will consider extending the Stay pending my review of the Status Report and the proposed arbitration schedule and procedure, given the fact that both parties are in agreement to keep this case open in order to have a convenient forum to apply for an appropriate order to enforce a subsequent arbitration award.

IT IS SO ORDERED, this 30th day of March 2006, at Anchorage, Alaska.

    __/s/ James K. Singleton, Jr._____
    JAMES K. SINGLETON, JR.
    UNTIED STATES DISTRICT JUDGE

Approved as to form and substance:

  s/ David M. Freeman
701 W 8th Avenue, Ste 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4567
E-mail: dfreeman@hwb-law.com
Alaska Bar Association No. 7808066