Raymond H. Royce, ABA No. 8206060
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK 99503
Telephone: (907) 258-6792

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/ THE POOLE & KENT COMPANY, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br><br>Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A99-79 CV [JKS]<br>) |

**PLAINTIFF'S STATUS REPORT**

COMES NOW Plaintiff, by and through their undersigned counsel and hereby provides

the Court the following status report. This status report is accompanied by the attached

Affidavit of John H. Guin. Pursuant to the Court's order following the March 9, 2006 Status

Conference, the parties have actively sought to complete mediation of this matter prior to

the Court's May 31, 2006 deadline. Due to the complexities and history of the case, the

parties have had some difficulty identifying a suitable mediator. The parties have identified

two mediators for this case.  However, neither is available to conduct the mediation before

August, 2006.  The parties have  made significant progress in exchanging information

necessary to conduct the mediation and reach a settlement.  In light of this, BPK respectfully

requests the Court grant an extension of time in which to conduct the mediation.  BPK

respectfully requests the Court allow the parties until August 31, 2006 to conduct the

mediation.

Respectfully submitted this 1st day of June, 2006, at Anchorage, Alaska.

LAW OFFICES OF ROYCE & BRAIN
Attorneys for Plaintiff W.A. Botting Co./
The Poole & Kent Co.


  s/ Raymond H. Royce
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Phone: (907) 258-6792
Fax: (907) 279-2919
Email: rroyce@roycebrain.com
Alaska Bar Association No. 8206060

CERTIFICATE OF SERVICE

I hereby certify that on 6/1/06 a true and
correct copy of the foregoing document was
served via U.S. Mail on:

      David M. Freeman, Esq.
      Holmes Weddle & Barcott
      701 W. Eighth Avenue, Suite 700
      Anchorage, AK 99501

      Kenneth M. Roberts
      Schiff Hardin & Waite
      6600 Sears Tower
      Chicago, IL 60606-6473

By:  s/ I-Hsin Song