Raymond H. Royce, ABA #8206060
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK 99503
Telephone: (907) 258-6792

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/ THE POOLE & KENT COMPANY, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br><br>　　　　　　　　Defendant.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A99-79 CV [JKS] |

**PLAINTIFF'S STATUS REPORT**

COMES NOW plaintiff, by and through their undersigned counsel and hereby provide the next scheduled Status Report. This status report is accompanied by the attached Affidavit of John H. Guin. The parties have actively worked towards mediation in this matter. Due to unforeseen circumstances, set forth in the attached affidavit, the mediation scheduled for August 28, 2006 was postponed. The parties are working to reschedule the mediation or find an

alternative mediator. The parties anticipate holding a face to face negotiation session in Chicago prior to the end of October.

Counsel understands that this case has been on the Court's docket for a considerable period of time and is actively working to settle this matter. BPK respectfully requests the Court grant an extenion of time in which to conduct the mediation. BPK respectfully requests the Court allow the parties until December 15, 2006 to conduct the mediation.

Respectfully submitted this 1st day of September, 2006, at Anchorage, Alaska.

LAW OFFICES OF ROYCE & BRAIN
Attorneys for Plaintiff W.A. Botting Co./The Poole & Kent Co.


/s/ Raymond H. Royce
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503
Phone: (907) 258-6792
Fax: (907) 279-2919
Email: rroyce@roycebrain.com
Alaska Bar Association No. 8206060

CERTIFICATE OF SERVICE

I hereby certify that on 9/1/06 a true and correct copy of the foregoing document was served via U.S. Mail on:

    David M. Freeman, Esq.
    Holmes Weddle & Barcott
    701 W. Eighth Avenue, Suite 700
    Anchorage, AK 99501

    Kenneth M. Roberts
    Schiff Hardin & Waite
    6600 Sears Tower
    Chicago, IL 60606-6473


By: s/ I-hsin Song