RAYMOND A. ROYCE, ABA #8206060
LAW OFFICES OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK 99503
Telephone: (907) 258-6792
Attorneys for Plaintiff

ROBERT H. CRICK
JOHN H. GUIN
WINTON & CASHATT
1900 Seafirst Financial Center
Spokane, WA 99201
Telephone: (509) 838-6131
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/THE POOLE & KENT COMPANY, JOINT VENTURE, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>                                        Plaintiff,<br><br>        vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br>                                        Defendant. | Case No. A99-79 CV (JKS) |

## AFFIDAVIT OF JOHN H. GUIN RE
## STATUS OF MEDIATION AND ARBITRATION

STATE OF WASHINGTON )
                                        : ss.
County of Spokane             )

JOHN H. GUIN, being first duly sworn on oath, deposes and states as follows:

1.        I am the primary attorney for the plaintiff in this action, W.A. Botting Company/The Poole & Kent Co., Joint Venture ("BPK"). I have personal knowledge of the events described in this affidavit and I am competent to testify to such events.

2.      On May 30, 2006, I previously submitted an Affidavit advising the Court of the status of mediation and arbitration.

3.      Following the filing of that status report, the parties identified and selected a mediator, Chris Soelling, an attorney located in Seattle, Washington whose primary practice is construction dispute resolution. The parties agreed to hold the mediation at Mr. Soelling's office in Seattle on August 28, 2006.

4.      The week before the mediation, my client's principal representative, who is the individual with the authority to settle the case, advised me that he had an unavoidable conflict with the mediation date of August 28, 2006. He attempted to reschedule his other matters, but he was unable to do so. As a result, he was not able to travel from Baltimore, where his principal business office is located, to Seattle, in time to participate in the mediation scheduled for August 28, 2006.

5.      As soon as I learned of my client's unavailability, I advised counsel for ITB of the need to postpone the mediation.

6.      Since advising ITB of the need to postpone the mediation, my office has requested additional dates from Mr. Soelling to reschedule the mediation. Mr. Soelling is not available to conduct the mediation until late November or early December. I have advised ITB's counsel of this fact and I have suggested that the parties explore the possibility of using another mediator who may be available sooner.

7.      In addition to attempting to reschedule the mediation for sometime in late October with a different mediator, the parties have discussed the possibility of a face-to-face negotiation session in Chicago, where ITB and their counsel are located. BPK believes that this negotiation session can occur prior to the end of October.

8.     As stated in my previously filed Affidavit, BPK recognizes that this case has lingered for a considerable period of time on the Court's docket. BPK is committed to getting this case to mediation, despite the last minute postponement of the August 28th mediation. The parties have made significant progress in exchanging information necessary to facilitate a negotiated resolution. BPK requests further patience from the Court and an extension of time in which to hold the mediation. BPK requests that the mediation deadline be extended to December 15, 2006.

_____
JOHN H. GUIN

SUBSCRIBED AND SWORN to before me this 31st day of August, 2006.

_____
Notary Public in and for the State of Washington,
residing at Spokane Valley.
My commission expires 7-29-07.

AFFIDAVIT OF JOHN H. GUIN RE STATUS OF
MEDIATION AND ARBITRATION - 3