RAYMOND A. ROYCE, ABA #8206060
LAW OFFICE OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK  99503
Telephone:  (907) 258-6792

ROBERT H. CRICK
JOHN H. GUIN
WINSTON & CASHATT
601 W. Riverside, Suite 1900
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/THE POOLE & KENT COMPANY, JOINT VENTURE, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>                                    Plaintiff,<br><br>          vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br><br>                                    Defendant. | Case No. A99-79 CV (JKS) |

**STIPULATION FOR DISMISSAL OF CASE
WITH PREJUDICE AND WITHOUT COSTS OR FEES**

COME NOW the parties to this action, by and through their undersigned counsel, and stipulate and agree as follows:

1. All claims and counterclaims in this action have been fully settled and resolved.

2. This action may be dismissed with prejudice and without costs.

STIPULATION FOR DISMISSAL OF CASE
WITH PREJUDICE AND WITHOUT COSTS OR FEES - 1

3. The Court may enter an order consistent with the terms of this Stipulation.

DATED this 14th day of December, 2006.

                      LAW OFFICES OF ROYCE & BRAIN
                      Counsel for Plaintiff

                      s/ Raymond H. Royce
                      1407 W. 31st Avenue, 7th Floor
                      Anchorage, Alaska 99509
                      Phone: (907) 258-6792
                      Fax: (907) 276-6919
                      rroyce@roycebrain.com
                      Alaska Bar Association #8206060


                      HOLMES WEDDLE & BARCOTT
                      Counsel for Defendant

                      s/ David M. Freeman
                      701 W. 8th Ave, Ste 700
                      Anchorage, Alaska 99501
                      Phone: (907) 274-0666
                      Fax: (907) 277-4657
                      dfreeman@hwb-law.com
                      Alaska Bar Association #7808066