RAYMOND A. ROYCE, ABA #8206060
LAW OFFICE OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK  99503
Telephone:  (907) 258-6792

ROBERT H. CRICK
JOHN H. GUIN
WINSTON & CASHATT
601 W. Riverside, Suite 1900
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/THE POOLE & KENT COMPANY, JOINT VENTURE, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>                              Plaintiff,<br><br>        vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br><br>                              Defendant. | Case No. A99-79 CV (JKS) |

**DRAFT ORDER OF DISMISSAL OF CASE
WITH PREJUDICE AND WITHOUT COSTS OR FEES**

Based on the stipulation of the parties, filed on December 14, 2006, IT IS HEREBY

ORDERED:

1. This lawsuit is DISMISSED WITH PREJUDICE;

2. Each party shall bear its own costs and fees.

DATED this _____ day of December 2006.

_____
JUDGE

ORDER OF DISMISSAL OF CASE
WITH PREJUDICE AND WITHOUT COSTS OR FEES - 2