UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/THE POOLE & KENT COMPANY, JOINT VENTURE, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>                                              Plaintiff,<br>       vs.<br><br>INTERNATIONAL TEST AND BALANCE, INC.,<br>                                             Defendant. | Case No. A99-79 CV (JKS) |

ORDER OF DISMISSAL OF CASE
**<u>WITH PREJUDICE AND WITHOUT COSTS OR FEES</u>**

Based on the stipulation of the parties, filed at Docket No. 67 on December 14, 2006, IT IS HEREBY ORDERED:

1. This lawsuit is DISMISSED WITH PREJUDICE;

2. Each party shall bear its own costs and fees.

DATED this 18th day of December 2006.

                                                                     /s/ James K. Singleton, Jr.
                                                                     UNITED STATES DISTRICT JUDGE